UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**FILED**

APR 20 2026

AT 8:30 _____ M
CLERK, U.S. DISTRICT COURT - DNJ

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon.  (SRC) |
| v. | Crim. No. 26- **208** |
| MIGUEL DARIO BAUTISTA JIMENEZ, a/k/a "Carlos Chapman Hernandez," a/k/a "Carlos Hernandez" | 18 U.S.C. § 1425(b) 18 U.S.C. § 1542 18 U.S.C. § 2 |

## INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges as follows:

### COUNT ONE
(Unlawful Procurement of Naturalization)

From on or about March 12, 2021, through on or about January 26, 2022, in Essex County, in the District of New Jersey, and elsewhere, the defendant,

**MIGUEL DARIO BAUTISTA JIMENEZ,
a/k/a "Carlos Chapman Hernandez,"
a/k/a "Carlos Hernandez,"**

a person not entitled to naturalization, did knowingly procure, obtain, and apply for, and attempt to procure and obtain, naturalization for himself.

In violation of Title 18, United States Code, Sections 1425(b) and 2.

1

## COUNT TWO
(Passport Fraud)

On or about January 27, 2022, in Bergen County, in the District of New Jersey,

and elsewhere, the defendant,

**MIGUEL DARIO BAUTISTA JIMENEZ,**
**a/k/a "Carlos Chapman Hernandez,"**
**a/k/a "Carlos Hernandez,"**

did willfully and knowingly make a false statement in an application for a passport

with intent to induce and secure for his own use the issuance of a passport under the

authority of the United States, contrary to the laws regulating the issuance of such

passports and the rules prescribed pursuant to such laws.

In violation of Title 18, United States Code, Sections 1542 and 2.

2

## FORFEITURE ALLEGATION

Upon conviction of the offenses in violation of Title 18, United States Code, Sections 1425(b) and 1542 charged in Counts One and Two of this Indictment, the defendant,

**MIGUEL DARIO BAUTISTA JIMENEZ,**
**a/k/a "Carlos Chapman Hernandez,"**
**a/k/a "Carlos Hernandez,"**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(6), any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offenses; and any property, real or personal, that: (a) constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offenses or (b) is used to facilitate, or is intended to be used to facilitate, the commission of the offenses.

## SUBSTITUTE ASSETS PROVISION

If any of the property described above, as a result of any act or omission of the defendant:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided without difficulty,

3

2024R00701/TAC

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL.



FOREPERSON

ROBERT FRAZER
United States Attorney

TREVOR A. CHENOWETH
Assistant United States Attorney

Approved by:

ELAINE K. LOU
Chief, Criminal Division

CASE NUMBER: 26-_ 208 (SRC)

## United States District Court
## District of New Jersey

UNITED STATES OF AMERICA

v.

**MIGUEL DARIO BAUTISTA JIMENEZ,**
a/k/a "Carlos Chapman Hernandez,"
a/k/a "Carlos Hernandez"

# INDICTMENT FOR

18 U.S.C. § 1425(b)
18 U.S.C. § 1542
18 U.S.C. § 2

A True Bill

Foreperson

ROBERT FRAZER
UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

TREVOR A. CHENOWETH
ASSISTANT UNITED STATES ATTORNEY
NEWARK, NEW JERSEY
973-645-2711